# Exhibit 4

eFiled
10/19/2023 1:18:36 PM
Superior Court
of the District of Columbia

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | |
|---|---|
| **JASON DONNER** | |
| Plaintiff, | |
| v. | Civ No. 2023-CAB-006055 |
| **FOX NEWS NETWORK, LLC.** | |
| Defendant. | |

**DECLARATION OF PROOF OF SERVICE
DEFENDANT FOX NEWS NETWORK, LLC**

I, Brendan Klaproth, hereby declare under penalty of perjury that:

1.  On October 13, 2023, I served Fox News Network, LLC by serving the registered agent with the: (1) Complaint; (2) Summons; and (3) Initial Scheduling Order. The service documents were mailed first-class certified mail return receipt to Fox News Network, LLC, c/o C T Corporation System, 1015 15th Street NW, Suite 1000, Washington, DC 20005-2621. The service documents were received by Fox News Network, LLC on October 16, 2023 as indicated by the return receipt.

2.  A true and correct copy of the return receipt is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 19, 2023

Respectfully submitted,

_____
Brendan Klaproth (D.C. Bar No. 999360)
Klaproth Law PLLC
2300 Wisconsin Ave NW

Suite 100A
Washington, DC 20007
Telephone: 202-618-2344
Email: Bklaproth@klaprothlaw.com
*Attorney for Plaintiff*

# EXHIBIT 1



USPS TRACKING #

CAPITAL DISTRICT 208

16 OCT 2023PM 3 L

9590 9402 8088 2349 0851 22

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Klaproth Law PLLC
2300 Wisconsin Ave NW
Suite 100A
Washington, DC 20007

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fox News Network, LLC
C/o CT Corporation System
1015 16th St. NW #1000
Washington, DC 20005-2621

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8088 2349 0851 22

2. Article Number *(Transfer from service label)*

9414 7118 9956 2035 0863 58

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
10/16/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt