# Exhibit 5

eFiled
10/23/2023 11:23:51 AM
Superior Court
of the District of Columbia

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

JASON DONNER,                              :
                                           :
                    Plaintiff,             :
                                           :        Civ. No.: 2023-CAB-006055
          v.                               :
                                           :        Judge Yvonne M. Williams
FOX NEWS NETWORK, LLC,                     :
                                           :        Next Event:
                    Defendant.             :        Remote Initial Scheduling Conference,
                                           :        January 19, 2024 at 9:30 am
                                           :
                                           :
                                           :
                                           :

## PRAECIPE FOR ENTRY OF APPEARANCE

PLEASE TAKE NOTICE THAT:

Vincent H. Cohen, Jr., Esq., of Dechert LLP, hereby enters his appearance on behalf of Defendant, Fox News Network, LLC.

Dated:   October 20, 2023              Respectfully submitted,
         Washington, D.C.

                                       By: */s/ Vincent H. Cohen, Jr.* (Bar No. 471489)
                                       Vincent H. Cohen, Jr., Esq.
                                       DECHERT LLP
                                       1900 K Street, N.W.
                                       Washington, D.C.  20006-1110
                                       (202) 261-3300
                                       (202) 261-3333
                                       vincent.cohen@dechert.com

                                       *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October 2023, I caused the foregoing Praecipe for Entry

of Appearance to be served by eFileDC and e-mail on:

> Brendan J. Klaproth (bklaproth@klaprothlaw.com)
> Jesse C. Klaproth (jklaproth@klaprothlaw.com)
> Klaproth Law PLLC
> 2300 Wisconsin Avenue, N.W.
> Suite 100A
> Washington, D.C.  20007
> *Attorneys for Plaintiff Jason Donner*


> _/s/ Vincent H. Cohen, Jr._
> Vincent H. Cohen, Jr.