# Exhibit 6

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| **JASON DONNER,** | |
| Plaintiff, | Civ. No.: 2023-CAB-006055 |
| v. | Judge Yvonne M. Williams |
| **FOX NEWS NETWORK, LLC,** | Next Event: |
| Defendant. | Remote Initial Scheduling Conference, January 19, 2024 at 9:30 am |

## PRAECIPE FOR ENTRY OF APPEARANCE

PLEASE TAKE NOTICE THAT:

Christina Guerola Sarchio, Esq., of Dechert LLP, hereby enters his appearance on behalf of Defendant, Fox News Network, LLC.

Dated: October 20, 2023
Washington, D.C.

Respectfully submitted,

By: */s/ Christina Guerola Sarchio* (Bar No. 456254)
Christina Guerola Sarchio, Esq.
DECHERT LLP
1900 K Street, N.W.
Washington, D.C. 20006-1110
(202) 261-3300
(202) 261-3333
christina.sarchio@dechert.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October 2023, I caused the foregoing Praecipe for Entry of Appearance to be served by eFileDC and e-mail on:

>Brendan J. Klaproth (bklaproth@klaprothlaw.com)
Jesse C. Klaproth (jklaproth@klaprothlaw.com)
Klaproth Law PLLC
2300 Wisconsin Avenue, N.W.
Suite 100A
Washington, D.C.  20007
*Attorneys for Plaintiff Jason Donner*

      */s/ Chrsitina Guerola Sarchio*
      Christina Guerola Sarchio