# Exhibit 8

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| **JASON DONNER,** | |
|       **Plaintiff,** | Civ. No.: 2023-CAB-006055 |
| v. | Judge Yvonne M. Williams |
| **FOX NEWS NETWORK, LLC,** | Next Event: |
|       **Defendant.** | Remote Initial Scheduling Conference, January 19, 2024 at 9:30 am |

## CONSENT MOTION TO EXTEND TIME FOR DEFENDANT FOX NEWS NETWORK, LLC TO ANSWER OR OTHERWISE MOVE AS TO THE COMPLAINT

Defendant Fox News Network, LLC moves for an extension of the time to answer, move, or otherwise respond as to the Complaint up to and including December 6, 2023. The parties have met and conferred regarding this request and Plaintiff consents. The request is based on the availability of counsel during the relevant period, including due to the Thanksgiving holiday, and the Parties' realistic assessment of the time needed to complete the remaining tasks. There have been no previous extensions, and the requested extension will not affect other existing deadlines.

Dated: November 1, 2023
       Washington, D.C.

By: /s/ *Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr., Esq. (Bar No. 471489)
Christina G. Sarchio, Esq. (Bar No. 456254)
D. Brett Kohlhofer, Esq. (Bar No. 1022963)
DECHERT LLP
1900 K Street, N.W.
Washington, D.C. 20006-1110
Tel: 202 261 3300
Fax: 202 261 3333
vincent.cohen@dechert.com
christina.sarchio@dechert.com
d.brett.kohlhofer@dechert.com

*Attorneys for Fox New Network, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2023, I caused the foregoing Consent Motion to Extend Time for Defendant Fox News Network, LLC to Answer or Otherwise Move as to the Complaint to be served by eFileDC and e-mail on:

>Brendan J. Klaproth, Esq.
>Jesse C. Klaproth, Esq.
>Klaproth Law PLLC
>2300 Wisconsin Ave NW, Suite 100A
>Washington, DC 20007
>bklaproth@klaprothlaw.com
>jklaproth@klaprothlaw.com

/s/ *Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr., Esq.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

|  |  |
|---|---|
| **JASON DONNER,** | : |
| **Plaintiff,** | : |
| v. | Civ. No.: 2023-CAB-006055 |
| **FOX NEWS NETWORK, LLC,** | Judge Yvonne M. Williams |
| **Defendant.** | Next Event:<br>Remote Initial Scheduling Conference,<br>January 19, 2024 at 9:30 am |

**AGREED ORDER EXTENDING TIME FOR DEFENDANT FOX NEWS NETWORK, LLC TO ANSWER OR OTHERWISE MOVE AS TO THE COMPLAINT**

THIS DAY came Defendant Fox News Network, LLC ("FNN"), by counsel, and the Plaintiff, by counsel, regarding their stipulated agreement to extend the time for Defendant to answer, move, or otherwise respond as to the Complaint up to and including December 6, 2023;

UPON CONSIDERATION WHEREOF and for good cause shown, it is hereby

ORDERED that Defendant FNN's deadline to answer, move, or otherwise respond as to the Complaint is extended up to and including December 6, 2023.

ENTERED THIS ___ day of _____, 2023.

_____
Judge, D.C. Superior Court

WE ASK FOR THIS:

/s/ *Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr., Esq. (Bar No. 471489)
Christina G. Sarchio, Esq. (Bar No. 456254)
D. Brett Kohlhofer, Esq. (Bar No. 1022963)
DECHERT LLP
1900 K Street, N.W.
Washington, D.C. 20006-1110
Tel: 202 261 3300
Fax: 202 261 3333
vincent.cohen@dechert.com
christina.sarchio@dechert.com
d.brett.kohlhofer@dechert.com


SEEN AND AGREED:

/s/ *Brendan J. Klaproth*
Brendan J. Klaproth, Esq. (Bar No. 999360)
Jesse C. Klaproth, Esq. (Bar No. 90009387)
Klaproth Law PLLC
2300 Wisconsin Ave NW, Suite 100A
Washington, DC 20007
bklaproth@klaprothlaw.com
jklaproth@klaprothlaw.com