# Exhibit 11

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| **JASON DONNER,** | |
| **Plaintiff,** | Civ. No.: 2023-CAB-006055 |
| v. | Judge Yvonne M. Williams |
| **FOX NEWS NETWORK, LLC,** | Next Event: |
| **Defendant.** | Remote Initial Scheduling Conference, January 19, 2024 at 9:30 am |

## NOTICE OF FILING NOTICE OF REMOVAL

**PLEASE TAKE NOTICE**, that on November 13, 2023, Defendant in the above-captioned action removed this action to the United States District Court for the District of Columbia, by filing a Notice of Removal in that Court. A copy of the Notice of Removal is attached hereto as Exhibit A. Accordingly, and pursuant to 28 U.S.C. § 1446(d), this Court may proceed no further unless and until the case is remanded.

Dated: November 13, 2023  　　　　　　　DECHERT LLP,
　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　　By: /s/ *Vincent H. Cohen, Jr.*
　　　　　　　　　　　　　　　　　　　Vincent H. Cohen, Jr., Esq. (Bar No. 471489)
　　　　　　　　　　　　　　　　　　　Christina G. Sarchio, Esq. (Bar No. 456254)
　　　　　　　　　　　　　　　　　　　D. Brett Kohlhofer, Esq. (Bar No. 1022963)
　　　　　　　　　　　　　　　　　　　1900 K Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006-1110
　　　　　　　　　　　　　　　　　　　Tel:  202 261 3300
　　　　　　　　　　　　　　　　　　　Fax: 202 261 3333
　　　　　　　　　　　　　　　　　　　vincent.cohen@dechert.com
　　　　　　　　　　　　　　　　　　　christina.sarchio@dechert.com
　　　　　　　　　　　　　　　　　　　d.brett.kohlhofer@dechert.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Fox New Network, LLC*

## CERTIFICATE OF SERVICE

I, Vincent H. Cohen, Jr., hereby certify that on November 13, 2023, I filed the foregoing with the Clerk of Court using eFileDC.  In addition, I certify that on the same day, I caused the foregoing to be served on counsel of record for the Plaintiff as listed below by email at the address below:

>Brendan J. Klaproth (D.C. Bar No. 999360)
>Jesse C. Klaproth (D.C. Bar No. 90009387)
>Klaproth Law PLLC
>2300 Wisconsin Ave NW, Suite 100A
>Washington, DC 20007
>bklaproth@klaprothlaw.com

/s/ *Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr., Esq.