## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON DONNER,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> FOX NEWS NETWORK, LLC, a Delaware ) <br> Limited Liability Company,  ) <br> ) <br> Defendant.  ) <br> ) | C.A. No. |

### RULE 7.1 DISCLOSURE STATEMENT OF
### DEFENDANT FOX NEWS NETWORK, LLC

Pursuant to Fed. R. Civ. P. 7.1, Defendant Fox News Network, LLC ("FNN"), states as follows:

1. FNN is a Delaware limited liability company. That entity's sole member is Fox Television Stations, LLC, a Delaware limited liability company. That entity's sole member is Fox Television Holdings, LLC, a Delaware limited liability company. That entity's sole member is Foxcorp Holdings, LLC, a Delaware limited liability company. That entity's sole member is Fox Corporation.

2. Fox Corporation is a publicly held corporation with no parent company. To FNN's knowledge, there is no publicly held corporation that owns ten percent or more of Fox Corporation.

3. No publicly held corporation other than Fox Corporation owns ten percent or more of Fox News Network, LLC.

4. All entities referenced in this disclosure are citizens of Delaware and New York.

Dated: November 13, 2023  DECHERT LLP,
       Washington, D.C.

By: /s/ *Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr., Esq. (Bar No. 471489)
Christina G. Sarchio, Esq. (Bar No. 456254)
D. Brett Kohlhofer, Esq. (Bar No. 1022963)
1900 K Street, N.W.
Washington, D.C. 20006-1110
Tel:  202 261 3300
Fax: 202 261 3333
vincent.cohen@dechert.com
christina.sarchio@dechert.com
d.brett.kohlhofer@dechert.com

*Attorneys for Fox News Network, LLC*