# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON DONNER,<br><br>        Plaintiff,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, a Delaware Limited Liability Company,<br><br>        Defendant. | Civil Action No. 23-3401 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        PLEASE TAKE NOTICE that Vincent H. Cohen, Jr., a partner at Dechert LLP admitted to practice in this Court, enters an appearance as counsel for Defendant Fox News Network, LLC in this action.

Dated: November 13, 2023
       Washington, D.C.

DECHERT LLP

By: */s/ Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr. (Bar No. 471489)
1900 K Street, N.W.
Washington, D.C. 20006-1110
Tel: 202-261-3300
Fax: 202-261-3333
vincent.cohen@dechert.com

*Attorney for Defendant Fox News Network, LLC*