UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON DONNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOX NEWS NETWORK, LLC, a Delaware )<br>Limited Liability Company, )<br>)<br>Defendant. )<br>) | Civil Action No. 23-3401 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that D. Brett Kohlhofer, an associate at Dechert LLP admitted to practice in this Court, enters an appearance as counsel for Defendant Fox News Network, LLC in this action.

Dated: November 13, 2023
Washington, D.C.

DECHERT LLP

By: */s/ D. Brett Kohlhofer*
D. Brett Kohlhofer (Bar No. 1022963)
1900 K Street, N.W.
Washington, D.C. 20006-1110
Tel: 202-261-3300
Fax: 202-261-3333
d.brett.kohlhofer@dechert.com

*Attorney for Defendant Fox News Network, LLC*