UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON DONNER, <br><br> Plaintiff, <br><br> v. <br><br> FOX NEWS NETWORK, LLC, a Delaware Limited Liability Company, <br><br> Defendant. | No. 1:23-cv-03401 |

**CONSENT MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Fox News Network, LLC ("FNN") moves for an extension of time until December 6, 2023 to answer or otherwise respond to the Complaint. In support of its Motion, FNN states as follows:

1. The Complaint in this case was initially filed on September 27, 2023, in D.C. Superior Court.

2. Defendant received service of the Complaint on October 16, 2023. Thereafter, the parties conferred regarding an extension of time for Defendant to respond, at which point Plaintiff consented to extend the deadline for Defendant to respond to the Complaint up to and including December 6, 2023. On November 1, 2023, Defendant FNN filed a consent motion in the Superior Court moving to extend the deadline as agreed with Plaintiff. Ex. 1. On November 3, 2023, the Superior Court granted that motion, and issued an order extending the deadline for a response to the Complaint to December 6, 2023. Ex. 2.

3. On November 13, 2023, Defendant FNN removed the action to this Court. ECF No. 1 (Notice of Removal). Because Fed. R. Civ. P. 81 would otherwise shorten the time FNN would have to respond to this Complaint back to seven days after the Notice of Removal,

i.e., well in advance of the date to which the Parties had previously agreed (as so ordered by the Superior Court on November 3), pursuant to Local Rule 7(m), on November 13, 2023, counsel for Defendant FNN contacted Plaintiff's counsel to confirm that Plaintiff would consent to this motion before this Court requesting the same extension that was previously presented to and granted by the Superior Court, with Plaintiff's consent. Plaintiff has confirmed that he consents to this relief.

4. Accordingly, pursuant to Fed. R. Civ. P. 6(b), Defendant FNN requests an extension of time to respond to the Complaint, up to and including December 6, 2023. Good cause exists for the extension request, which was already granted by the Superior Court in that proceeding, based on the availability of counsel during the relevant period, the time needed by counsel better understand the factual basis of the allegations in the Complaint, and an assessment of the time needed to complete the remaining tasks to prepare Defendant FNN's response to the Complaint.

5. This is Defendant's first request for an extension to answer or otherwise respond. This request is substantively duplicative of another request previously presented to and granted by the Superior Court.

6. Defendant FNN respectfully requests that the Court enter an order allowing Defendant FNN through December 6, 2023 to answer or otherwise respond to the Complaint.

Dated: November 13, 2023
Washington, D.C.

Respectfully submitted,

By: /s/ *Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr., Esq. (Bar No. 471489)
Christina G. Sarchio, Esq. (Bar No. 456254)
D. Brett Kohlhofer, Esq. (Bar No. 1022963)
DECHERT LLP
1900 K Street, N.W.
Washington, D.C. 20006-1110
Tel: 202 261 3300
Fax: 202 261 3333
vincent.cohen@dechert.com
christina.sarchio@dechert.com
d.brett.kohlhofer@dechert.com

*Attorneys for Defendant Fox New Network, LLC*

## CERTIFICATE OF SERVICE

I, Vincent H. Cohen, Jr., hereby certify that on November 13, 2023, I filed the foregoing with the Clerk of Court using the CM/ECF system. In addition, I certify that on the same day, I caused the foregoing to be served on counsel of record for the Plaintiff, at the below email addresses that they have provided:

> Brendan J. Klaproth (D.C. Bar No. 999360)
> Jesse C. Klaproth (D.C. Bar No. 90009387)
> Klaproth Law PLLC
> 2300 Wisconsin Ave NW, Suite 100A
> Washington, DC 20007
> bklaproth@klaprothlaw.com
> jklaproth@klaprothlaw.com

/s/ *Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr., Esq.