# Exhibit 2

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **JASON DONNER,** | |
| **Plaintiff,** | **2023  CAB  006055** |
| **v.** | |
| **FOX NEWS NETWORK, LLC,** | |
| **Defendant.** | **Judge Yvonne Williams** |

**ORDER GRANTING CONSENT MOTION TO EXTEND TIME FOR DEFENDANT**
**FOX NEWS NETWORK, LLC TO ANSWER OR OTHERWISE MOVE AS TO THE**
**COMPLAINT**

Before the Court is the Consent Motion to Extend Time for Defendant Fox News Network, LLC to Answer or Otherwise Move as to the Complaint ("Motion"), filed November 1, 2023. Plaintiff Jason Donner consents to the relief requested.  For the reasons set forth below, the Motion shall be **GRANTED**.

Pursuant to Rule 12 (a)(1)(A), "[a] defendant must serve an answer within 21 days after being served with the summons and complaint."  D.C. Super. Ct. Civ. R. 12 (a)(1)(A).  Rule 6(b)(1)(A) provides, however, that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time."  D.C. Super. Ct. Civ. R. 6(b)(1)(A).

On September 27, 2023, Plaintiff filed the instant Complaint for wrongful termination and violations of the District of Columbia Human Rights Act.  Defendant was served with the Complaint on October 13, 2023.  *See* Aff. of Process Server (Oct. 19, 2023).  Accordingly, Defendant's response to the Complaint was due 21 days thereafter, or by November 9, 2023.  D.C. Super. Ct. Civ. R. 12 (a)(1)(A).

In the instant Motion, Defendant requests an extension of its deadline to file a responsive pleading until December 6, 2023.  Mot. 1.  Defendant represents that this "request is based on the

1

availability of counsel during the relevant period, including due to the Thanksgiving holiday, and the Parties' realistic assessment of the time needed to complete the remaining tasks." *Id*. For good cause shown and with Plaintiff's Consent, the Court shall grant the Motion. Defendant is hereby ordered to file its response to the Complaint on or before December 6, 2023.

Accordingly, it is on this 3rd day of November, 2023, hereby,

**ORDERED** that the Consent Motion to Extend Time for Defendant Fox News Network, LLC to Answer or Otherwise Move as to the Complaint is **GRANTED**; and it is further

**ORDERED** that Defendant Fox Nes Network, LLC shall file its response to the September 27, 2023 Complaint by December 6, 2023.

**IT IS SO ORDERED**.

**Judge Yvonne Williams**

Date: November 3, 2023

Copies to:

Brendan James Klaproth
Jesse C. Klaproth
*Counsel for Plaintiff*

Vincent H. Cohen, Jr.
Christina G. Sarchio
Daniel Brett Kohlhofer
*Counsel for Defendant*

2