UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON DONNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOX NEWS NETWORK, LLC, a Delaware )<br>Limited Liability Company, )<br>)<br>Defendant. ) | No. 1:23-cv-03401 |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT FOX NEWS NETWORK, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

HAVING READ AND CONSIDERED Defendant's Consent Motion for an extension of time to answer or otherwise respond to Plaintiff's Complaint, filed November 13, 2023, and for good cause appearing therefore, it is hereby ORDERED that (1) Defendant's Consent Motion is GRANTED; and (2) Defendant's time to respond to the Complaint is extended to December 6, 2023.

DATE:    November __, 2023

_____
Hon.
United States District Judge