## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON DONNER,<br>2600 Crystal Dr., Apt. 501,<br>Arlington, VA 22202-3569,<br><br>    Plaintiff,<br><br> v.<br><br>FOX NEWS NETWORK, LLC, a Delaware<br>Limited Liability Company, 1211 Avenue of<br>the Americas, New York, NY 10036,<br><br>    Defendant. | No. 1:23-cv-03401 |

## **NOTICE OF ERRATA WITH RESPECT TO NOTICE OF REMOVAL**

Defendant Fox News Network, LLC ("FNN") respectfully submits this Notice of Errata with respect to FNN's Notice of Removal, filed on November 13, 2023. The corrected Notice of Removal, filed concurrently herewith, adds the parties' addresses to the caption pursuant to Local Rule 5.1(c). This errata does not change the substance or contents of the Notice of Removal. The only change has been to modify the caption. All exhibits in support of the Notice of Removal stand as originally filed.

Dated: November 14, 2023
       Washington, D.C.

DECHERT LLP,

By: /s/ *Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr., Esq. (Bar No. 471489)
Christina G. Sarchio, Esq. (Bar No. 456254)
D. Brett Kohlhofer, Esq. (Bar No. 1022963)
1900 K Street, N.W.
Washington, D.C. 20006-1110
Tel:  202 261 3300
Fax: 202 261 3333
vincent.cohen@dechert.com
christina.sarchio@dechert.com
d.brett.kohlhofer@dechert.com

*Attorneys for Fox New Network, LLC*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.3, I, Vincent H. Cohen, Jr., hereby certify that on November 14, 2023, I caused the foregoing and accompanying documents to be electronically filed with the Clerk of Court using the CM/ECF system. In addition, I certify that on the same day, I caused the foregoing and accompanying documents to be served on counsel for the Plaintiff at the below addresses, which they have provided:

>Brendan J. Klaproth (D.C. Bar No. 999360)
>Jesse C. Klaproth (D.C. Bar No. 90009387)
>Klaproth Law PLLC
>2300 Wisconsin Ave NW, Suite 100A
>Washington, DC 20007
>bklaproth@klaprothlaw.com
>jklaproth@klaprothlaw.com

/s/ *Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr.