# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON DONNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:23-cv-03401-CRC |
| v. ) | |
| ) | |
| FOX NEWS NETWORK, LLC, a Delaware ) | |
| Limited Liability Company, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT FOX NEWS NETWORK, LLC'S
## MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Fox News Network, LLC ("FNN") hereby moves to dismiss Plaintiff Jason Donner's First Amended Complaint. In support of this Motion, Defendant relies upon the accompanying Memorandum of Law in Support of Defendant Fox News Network LLC's Motion to Dismiss the First Amended Complaint, the Declaration of D. Brett Kohlhofer, and the exhibit attached thereto. For all of the reasons set forth therein, Plaintiff's First Amended Complaint should be dismissed with prejudice in its entirety.

Dated: January 17, 2024
Washington, D.C.

Respectfully submitted,

By: /s/ *Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr., Esq. (Bar No. 471489)
Christina G. Sarchio, Esq. (Bar No. 456254)
D. Brett Kohlhofer, Esq. (Bar No. 1022963)
DECHERT LLP
1900 K Street, N.W.
Washington, D.C. 20006-1110
Tel: 202 261 3300
Fax: 202 261 3333
vincent.cohen@dechert.com
christina.sarchio@dechert.com
d.brett.kohlhofer@dechert.com

Ian Downes (*pro hac vice*)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2000
Fax: (215) 994-2222
Ian.downes@dechert.com

*Attorneys for Defendant Fox New Network, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 17, 2024, I caused the foregoing Motion to Dismiss, the accompanying memorandum of law, and the accompanying declaration and exhibit, to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record.

*/s/ Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr.