UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON DONNER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:23-cv-03401-CRC |
| FOX NEWS NETWORK, LLC, a Delaware Limited Liability Company, | ) ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF D. BRETT KOHLHOFER IN SUPPORT OF DEFENDANT FOX NEWS NETWORK, LLC'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

D. Brett Kohlhofer declares as follows under penalty of perjury:

1. I am an associate at the law firm Dechert LLP, counsel for Defendant Fox News Network, LLC ("FNN") in the above-captioned action. I make this declaration to submit one document supporting FNN's Motion to Dismiss the First Amended Complaint.

2. Attached as **Exhibit A** is a true and correct copy of FNN's Sick and Safe Time Policy, which has been excerpted from the Fox Employee Handbook (effective July 2022). Although the First Amended Complaint ("FAC") refers to this policy twice, FAC ¶¶ 34, 74, Plaintiff did not submit a copy of the policy for the Court's reference.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2024 in Washington, D.C.

*/s/ D. Brett Kohlhofer*
D. Brett Kohlhofer