# EXHIBIT A



# EMPLOYEE HANDBOOK

Effective July 2022

**Vice Presidents or Above:** Employees with the title of Vice President (or equivalent title as designated by the Company) or above do not accrue vacation hours and may take unlimited vacation with their supervisor's approval.  For these employees, vacation is not a form of wages for services performed or to be performed, and they are not entitled to any payment of vacation upon termination from the Company.  Employees who have been promoted to Vice President (or equivalent title as designated by the Company) will stop accruing vacation hours as of the effective date of their promotion.

SICK AND SAFE TIME

If you are unable to work due to illness or injury, you should contact your supervisor as soon as possible and no later than two hours after your normal starting time.  If you are absent more than one day, you must keep your supervisor informed as to your status at the beginning of each day you are absent.  Likewise, if you become sick during the day, your supervisor must be notified before you leave the work site.

Eligible employees will be paid for time they are absent from work due to their own or their family member's sickness under the terms set forth below.  If paid or unpaid sick time is available under applicable laws or if employees who are not eligible for sick time under this policy are entitled to legally required paid or unpaid sick time, the Company will comply with all its legal obligations.

**Sick Time Hours:** All eligible employees will be granted sick time hours equal to twice their standard workweek, up to a maximum of 72 hours per year.  For example:

- An employee who is scheduled to work 40 hours per week will receive 72 hours of sick time on January 1 of every calendar year.

- An employee who is scheduled to work 24 hours per week will receive 48 hours of sick time on January 1 of every calendar year.

Unless otherwise required by law (e.g., where an employee would accrue more paid sick time hours under a paid sick leave law than listed below because of the number of hours worked), new regular full-time employees who are scheduled to work 40 or more hours per week and who are hired with a start date in the month identified on the left will be granted sick time as identified on the right:

| Month | Hours |
|---|---|
| January | 72 hours |
| February | 72 hours |
| March | 72 hours |
| April | 72 hours |
| May | 64 hours |
| June | 56 hours |
| July | 48 hours |



| | |
|---|---|
| August | 40 hours |
| September | 32 hours |
| October | 24 hours |
| November | 16 hours |
| December | 8 hours |

These amounts will be prorated based on standard work hours for those employees who are hired to work less than 40 hours per week.

**Limits on Sick Time Accrual:**  Unless otherwise required by law (e.g., for employees in New York, please see Appendix D to this Handbook), employees may carry over up to half their annual grant of unused sick time at the end of every calendar year, and may accumulate sick time hours up to a maximum of three times their standard workweek hours or 108 hours of sick time, whichever is fewer.  For example, employees who work 40 or more hours per week and are granted 72 sick time hours per year may accumulate a maximum of 108 hours; employees who work 30 hours per week and are granted 60 sick time hours may accumulate a maximum of 90 hours.  Employees are only entitled to use the sick time they have accumulated; sick time cannot be advanced or borrowed against.

**Permissible Uses of Sick Time:**  Sick time is a benefit that may be used by an employee:

- when the employee is absent from work (whether a full or partial day) as a result of an illness, injury, or medical condition, to obtain diagnosis, care (including preventative care), or treatment for an illness, injury, or medical condition, or for other medical reasons, including seeing a health care provider;

- to care for an employee's family members (who are defined as the employee's grandparents, grandparents-in-law, parents, parents-in-law, spouse, legally recognized domestic partner, children, sons-in-law, daughters-in-law, grandchildren, siblings, siblings-in-law, any other individual related by blood, or anyone else whose close association with the employee is the equivalent of a family relation) as a result of their illness, injury, or medical condition, to obtain diagnosis, care (including preventative care), or treatment for an illness, injury, or medical condition, or for other medical reasons, including seeing a health care provider;

- due to the closure of the Company's facilities or a child's school or childcare provider because of a public health emergency; or

- due to the employee or the employee's family member having been the victim of any act or threat of violence, domestic violence, sexual assault, sex abuse, or unwanted sexual physical contact, stalking or human trafficking and there is a need to take actions necessary to restore the physical, psychological, or economic health or safety of the employee or the employee's family member(s) or to protect those who work with the employee, including to:



- obtain services from a domestic violence shelter, rape crisis, or other service program;

- participate in safety planning or relocation, or take other actions to protect the employee's safety or the safety of the employee's family members, including enrolling children in a new school;

- obtain services from a victim services organization or agency;

- obtain psychological or other counseling services;

- meet with an attorney or social service provider to obtain information and advice relating to custody, visitation, marital issues, orders of protection, immigration, housing, discrimination in employment, housing, or consumer credit;

- file a domestic incident report with law enforcement or meet with law enforcement, including with members of the District Attorney's office; or

- attend judicial proceedings relating to the crime.

Any sick time taken, even when compensated, is not considered hours worked for the purpose of calculating overtime.

**Documentation May Be Required:** Employees may be required to provide the Company with documentation (e.g., from their treating health care provider or from the treating health care provider of their ill family member, where applicable) under certain circumstances and as permitted by applicable law, including but not limited to: (i) after three days of absence; (ii) any condition requiring either a reduced or intermittent leave schedule; (iii) where the documentation is necessary to determine the appropriateness of an absence; or (iv) where there has been an excessive number of absences over a period of time or a pattern of absences on certain days.

**Requirement to Substitute Accrued Paid Time Off upon Exhaustion of Sick Time:** In the event an employee exhausts all available sick time, the employee shall utilize any accrued but unused paid time off (i.e., vacation hours or floating holidays) to cover additional absences from work that would have otherwise been covered by the use of sick time unless otherwise prohibited by law (e.g., women in California who take pregnancy disability leave). In the event an employee exhausts all sick time and accrued but unused paid time off, any additional time off that otherwise would have been covered by the use of sick time shall be unpaid unless otherwise required by law.

The Company's sick time policy does not confer any job protection rights. Employees should not assume that absenteeism is permissible merely because they have benefits under this policy to cover all or a portion of their time off.

**No Payment of Unused Sick Time upon Separation:** Unless otherwise required by law, unused sick time will not be paid out upon separation from the Company for any reason.

