UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON DONNER,<br><br>        Plaintiff,<br><br>v.<br><br>FOX NEWS NETWORK, LLC, a Delaware Limited Liability Company,<br><br>        Defendant. | No. 1:23-cv-03401-CRC |

**[PROPOSED] ORDER GRANTING DEFENDANT FOX NEWS NETWORK, LLC'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Upon consideration of Defendant Fox News Network, LLC's Motion to Dismiss the First Amended Complaint, the papers submitted along with that motion, the responses and replies thereto, and the arguments of counsel, it is hereby

ORDERED that the First Amended Complaint is dismissed with prejudice in its entirety.

Entered this _____ day of _____, 2024

_____
Hon. Christopher R. Cooper
United States District Judge

**Local Rule 7(k) Appendix**

The following attorneys and parties should be notified of this order:

    All counsel of record, via ECF