UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON DONNER,<br><br>   *Plaintiff*,<br><br>   v.<br><br>FOX NEWS NETWORK, LLC,<br><br>   *Defendant*. | Civ. No. 1:23-cv-03401-CRC |

**DEFENDANT FOX NEWS NETWORK, LLC'S**
**CERTIFICATION OF DIVERSITY JURISDICTION**

As directed by the Court during the Initial Scheduling Conference on August 27, 2024, Defendant Fox News Network, LLC ("FNN"), by and through the undersigned counsel, states as follows:

1. As the Court observed during the Initial Scheduling Conference, for purposes of diversity jurisdiction, "an LLC is deemed a 'citizen of the jurisdiction of its members.'" *Laroach v. BridgePoint Healthcare, LLC*, No. 18-CV-1096 (CRC), 2018 WL 6434768, at *1 (D.D.C. Dec. 7, 2018) (quoting *Shulman v. Voyou*, 305 F. Supp. 2d 36, 40 (D.D.C. 2004)).

2. Defendant FNN is a Delaware limited liability company. That entity's sole member is Fox Television Stations, LLC, a Delaware limited liability company. That entity's sole member is Fox Television Holdings, LLC, a Delaware limited liability company. That entity's sole member is Foxcorp Holdings, LLC, a Delaware limited liability company. That entity's sole member is Fox Corporation.

3. Fox Corporation is a citizen of Delaware and New York because (i) "a corporation shall be deemed to be a citizen of every State . . . by which it has been incorporated and of the

State . . . where it has its principal place of business," 28 U.S.C. § 1332(c)(1), and, (ii) as Plaintiff concedes, Fox Corporation is "a Delaware Corporation with its principal place of business in New York,"  First Am. Compl. ¶ 5, ECF No. 12.

4. Accordingly, FNN is a citizen of Delaware and New York only.

Dated: September 3, 2024
Washington, D.C.

Respectfully submitted,

By: */s/ Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr., Esq. (Bar No. 471489)
Christina G. Sarchio, Esq. (Bar No. 456254)
D. Brett Kohlhofer, Esq. (Bar No. 1022963)
DECHERT LLP
1900 K Street, N.W.
Washington, D.C. 20006-1110
Tel: (202) 261-3300
Fax: (202) 261-3333
vincent.cohen@dechert.com
christina.sarchio@dechert.com
d.brett.kohlhofer@dechert.com

J. Ian Downes (*Pro Hac Vice*)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2000
Fax: (215) 994-2222
ian.downes@dechert.com

*Attorneys for Defendant Fox News Network, LLC*