UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON DONNER,<br><br>    Plaintiff,<br><br> v.<br><br>FOX NEWS NETWORK, LLC, a Delaware Limited Liability Company,<br><br>    Defendant. | 1:23-cv-03401-AHA |

**JOINT REQUEST FOR POST-DISCOVERY CONFERENCE**

  Pursuant to the Court's Order of January 7, 2025, Plaintiff Jason Donner and Defendant Fox News Network, LLC, propose the following dates and times for a post-discovery conference:

  1. April 23, 2025 between 11:00 am and 3:00 pm; or

  2. April 24, 2025 between 12:00 pm and 3:00 pm.

Respectfully submitted,

Dated: April 16, 2025
    Washington, D.C.

By: */s/ Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr., Esq. (Bar No. 471489)
Christina G. Sarchio, Esq. (Bar No. 456254)
D. Brett Kohlhofer, Esq. (Bar No. 1022963)
DECHERT LLP
1900 K Street, N.W.
Washington, D.C. 20006-1110
Tel: (202) 261-3300
Fax: (202) 261-3333
vincent.cohen@dechert.com
christina.sarchio@dechert.com
d.brett.kohlhofer@dechert.com

By: */s/ Brendan J. Klaproth*
Brendan J. Klaproth (D.C. Bar No. 999360)
Jesse C. Klaproth (Bar No. PA0063)
KLAPROTH LAW PLLC
2300 Wisconsin Ave NW, Suite 100A
Washington, D.C. 20007
Tel: (202) 618-2344
Fax: (202) 618-4636
Email: bklaproth@klaprothlaw.com
Email: jklaproth@klaprothlaw.com

*Attorneys for Plaintiff*

J. Ian Downes (Pro Hac Vice)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2000
Fax: (215) 994-2222
ian.downes@dechert.com

*Attorneys for Defendant*
*Fox News Network, LLC*