UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON DONNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOX NEWS NETWORK, LLC, a Delaware<br>Limited Liability Company,<br><br>　　　　　Defendant. | No. 1:23-cv-03401-AHA |

**DECLARATION OF D. BRETT KOHLHOFER IN SUPPORT OF DEFENDANT FOX NEWS NETWORK, LLC'S MOTION FOR SUMMARY JUDGMENT**

I, D. Brett Kohlhofer, declare as follows:

1. I am a partner at the law firm Dechert LLP, counsel for Defendant Fox News Network, LLC ("FNN") in the above-captioned action.

2. I am familiar with the facts set forth below, and the attached documents were assembled by me or persons working at my direction. I make this declaration to submit the following documents supporting FNN's Motion for Summary Judgment. Annexed hereto are, to the best of my knowledge, information, and belief, true and correct copies of the following documents:

   a. Attached as **Exhibit 1** is a true and correct copy of cited excerpts of the April 2, 2025 deposition of Plaintiff Jason Donner;

   b. Attached as **Exhibit 2** is a true and correct copy of cited excerpts of a policy titled "Supplemental Policies for Fox News Media";

   c. Attached as **Exhibit 3** is a true and correct copy of cited excerpts of a policy document titled "Fox Employee Handbook";

   d. Attached as **Exhibit 4** is a true and correct copy a report from FNN records reflecting Plaintiff Jason Donner's acknowledgment of company policies;

e. Attached as **Exhibit 5** is a true and correct copy of an email from Tricia Yowell to Nicolle Campa and Kristin Cicciari, dated August 10, 2022, with certain redactions to obscure personal information about employees not pertinent to this action;

f. Attached as **Exhibit 6** is a true and correct copy of cited excerpts of the April 11, 2025 deposition of NuNu Japaridze;

g. Attached as **Exhibit 7** is a true and correct copy of the cited excerpts of the April 8, 2025 deposition of Bryan Boughton;

h. Attached as **Exhibit 8** is a true and correct copy of an email from NuNu Japaridze to Nicolle Campa and Bryan Boughton dated September 27, 2022;

i. Attached as **Exhibit 9** is a true and correct copy of an email from NuNu Japaridze to Bryan Boughton dated March 15, 2022;

j. Attached as **Exhibit 10** is a true and correct copy of the cited excerpts of the April 9, 2025 deposition of Nicolle Campa;

k. Attached as **Exhibit 11** is a true and correct copy of notes saved to an April 14, 2022 electronic calendar invitation by Nicolle Campa;

l. Attached as **Exhibit 12** is a true and correct copy of Jason Donner's 2022 Performance Review;

m. Attached as **Exhibit 13** is a true and correct copy of SMS text messages among NuNu Japaridze, Nicolle Campa, and Bryan Boughton, dated September 27, 2022;

n. Attached as **Exhibit 14** is a true and correct copy of the cited excerpts of the April 14, 2025 deposition of Albert Donner;

o. Attached as **Exhibit 15** is a true and correct copy of notes saved to an August 1, 2022, electronic calendar invitation by Nicolle Campa;

p. Attached as **Exhibit 16** is a true and correct copy of SMS text messages between Kelly Phares and Caroline McKee on September 26, 2022;

q. Attached as **Exhibit 17** is a true and correct copy of SMS text messages between Jason Donner and Kelly Phares dated September 26, 2022;

r. Attached as **Exhibit 18** is a true and correct copy of an email from Nicolle Campa to Carl Guida and Kevin Lord dated September 27, 2022;

s. Attached as **Exhibit 19** is a true and correct copy of an email from NuNu Japaridze to Bryan Boughton and Nicolle Campa dated September 26, 2022;

t.  Attached as **Exhibit 20** is a true and correct copy of an email chain between Jason Donner to NuNu Japaridze dated September 26, 2022

u.  Attached as **Exhibit 21** is a true and correct copy of Plaintiff Jason Donner's Answers to Defendant FNN's First Set of Request for Admission, dated January 14 2025;

v.  Attached as **Exhibit 22** is a true and correct copy of an email from Jason Donner to NuNu Japaridze, dated September 27, 2022;

w.  Attached as **Exhibit 23** is a true and correct copy of an email from Bryan Boughton to NuNu Japaridze and Nicolle Campa, dated September 27, 2022;

x.  Attached as **Exhibit 24** is a true and correct copy of an email from Bryan Boughton to Nicolle Campa and NuNu Japaridze dated September 27, 2022;

y.  Attached as **Exhibit 25** is a true and correct copy of an email from NuNu Japaridze to Nicolle Campa and Bryan Boughton dated September 27, 2022;

z.  Attached as **Exhibit 26** is a true and correct copy of SMS text messages between NuNu Japaridze and Nicolle Campa, dated September 27, 2022;

aa. Attached as **Exhibit 27** is a true and correct copy of an email from Nicolle Campa to Carl Guida and Kevin Lord dated September 27, 2022;

bb. Attached as **Exhibit 28** is a true and correct copy of an email from Nicolle Campa to NuNu Japaridze and Bryan Boughton, dated September 27, 2022;

cc. Attached as **Exhibit 29** is a true and correct copy of an email from Jason Donner to Bryan Boughton, dated September 28, 2022

dd. Attached as **Exhibit 30** is a true and correct copy of Plaintiff's Objections and Responses to Defendant's First Set of Interrogatories, dated November 26, 2024;

ee. Attached as **Exhibit 31** is a true and correct copy of a September 29, 2022 email from Nicolle Campa to Jason Donner;

ff. Attached as **Exhibit 32** is a true and correct copy of SMS text messages between Kelly Phares and Caroline McKee, dated September 26, 2022; and

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2025 in Washington, D.C.

D. Brett Kohlhofer