UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON DONNER,<br><br> *Plaintiff*,<br><br> v.<br><br>FOX NEWS NETWORK, LLC.<br><br>     *Defendant*. | Civ. No. 1:23-cv-03401-AHA |

## JOINT STATUS REPORT REGARDING
## REFERRAL TO MEDIATION AND A MAGISTRATE

In response to the minute order issued on October 6, 2025, the Parties hereby submit this joint status report.

**(1) Referral to Mediation**

The Parties consent to referral of this case to the Court's Mediation Program.

**(2) Referral to a Magistrate**

The Parties do not consent to a referral to a magistrate judge.

Respectfully submitted,

| KLAPROTH LAW PLLC | DECHERT LLP |
|---|---|
| */s/ Brendan J. Klaproth* | */s/ Christina G. Sarchio* |
| Brendan J. Klaproth (D.C. Bar No. 999360) | Vincent H. Cohen, Jr., Esq. (Bar No. 471489) |
| Jesse C. Klaproth (D.C. Bar No. PA0063) | Christina G. Sarchio, Esq. (Bar No. 456254) |
| 2300 Wisconsin Ave NW | D. Brett Kohlhofer, Esq. (Bar No. 1022963) |
| Suite 100A | 1900 K Street, N.W. |
| Washington, DC 20007 | Washington, D.C. 20006-1110 |

| | |
|---|---|
| Tel:   202-618-2344<br>Fax:  202-618-4636<br>Email: Bklaproth@klaprothlaw.com<br>Email: Jklaproth@klaprothlaw.com<br>*Attorney for Plaintiff* | Tel: (202) 261-3300<br>Fax: (202) 261-3333<br>vincent.cohen@dechert.com<br>christina.sarchio@dechert.com<br>d.brett.kohlhofer@dechert.com<br><br>J. Ian Downes (*Pro Hac Vice*)<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Tel: (215) 994-2000<br>Fax: (215) 994-2222<br>Ian.downes@dechert.com |

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court and that counsel of record, who are deemed to have consented to electronic service are being served this 13th day of October, 2025, via the Court's CM/ECF System.

      By:    */s/ Christina G. Sarchio*