**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| JASON DONNER, |
| |
| Plaintiff, |
| |
| v. |
| |
| FOX NEWS NETWORK, LLC., |
| |
| Defendant. |

Civil Action No. 1:23-cv-03401-AHA

**JOINT STATUS REPORT**
**REGARDING STATUS OF MEDIATION**

In response to the minute order issued on October 14, 2025, the Parties hereby submit this joint status report. The Parties have been participating in the Court's Mediation Program. The Parties will file another joint status report on the status of the mediation no later than December 13, 2025.

Respectfully submitted,

| KLAPROTH LAW PLLC | DECHERT LLP |
|---|---|
| */s/ Brendan J. Klaproth* | */s/ Christina G. Sarchio* |
| Brendan J. Klaproth (D.C. Bar No. 999360) | Vincent H. Cohen, Jr., Esq. (Bar No. 471489) |
| Jesse C. Klaproth (D.C. Bar No. PA0063) | Christina G. Sarchio, Esq. (Bar No. 456254) |
| 2300 Wisconsin Ave NW | D. Brett Kohlhofer, Esq. (Bar No. 1022963) |
| Suite 100A | 1900 K Street, N.W. |
| Washington, DC 20007 | Washington, D.C. 20006-1110 |
| Tel: 202-618-2344 | Tel: (202) 261-3300 |
| Fax: 202-618-4636 | Fax: (202) 261-3333 |
| Email: Bklaproth@klaprothlaw.com | vincent.cohen@dechert.com |
| Email: Jklaproth@klaprothlaw.com | christina.sarchio@dechert.com |
| | d.brett.kohlhofer@dechert.com |
| *Attorney for Plaintiff* | |
| | J. Ian Downes (*Pro Hac Vice*) |
| | 2929 Arch Street |
| | Philadelphia, PA 19104 |
| | Tel: (215) 994-2000 |
| | Fax: (215) 994-2222 |
| | Ian.downes@dechert.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court and that counsel of record, who are deemed to have consented to electronic service are being served this 26th day of November, 2025, via the Court's CM/ECF System.

By:      */s/ Christina G. Sarchio*