# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JASON DONNER,

       Plaintiff,

v.

FOX NEWS NETWORK, LLC.,

       Defendant.

Civil Action No. 1:23-cv-03401-AHA

**JOINT STATUS REPORT**
**REGARDING STATUS OF MEDIATION**

In response to the minute order issued on December 15, 2025, the Parties hereby submit this joint status report. The Parties have been participating in the Court's Mediation Program and respectfully request to provide a joint status report on or before January 16, 2026.

Dated: December 22, 2025

Respectfully submitted,

| KLAPROTH LAW PLLC | DECHERT LLP |
|---|---|
| */s/ Brendan J. Klaproth* <br> Brendan J. Klaproth (D.C. Bar No. 999360) <br> Jesse C. Klaproth (D.C. Bar No. PA0063) <br> 2300 Wisconsin Ave NW <br> Suite 100A <br> Washington, DC 20007 <br> Tel: 202-618-2344 <br> Fax: 202-618-4636 <br> Email: Bklaproth@klaprothlaw.com <br> Email: Jklaproth@klaprothlaw.com <br><br> *Attorney for Plaintiff* | */s/ Christina G. Sarchio* <br> Vincent H. Cohen, Jr., Esq. (Bar No. 471489) <br> Christina G. Sarchio, Esq. (Bar No. 456254) <br> D. Brett Kohlhofer, Esq. (Bar No. 1022963) <br> 1900 K Street, N.W. <br> Washington, D.C. 20006-1110 <br> Tel: (202) 261-3300 <br> Fax: (202) 261-3333 <br> vincent.cohen@dechert.com <br> christina.sarchio@dechert.com <br> d.brett.kohlhofer@dechert.com <br><br> J. Ian Downes (*Pro Hac Vice*) <br> 2929 Arch Street <br> Philadelphia, PA 19104 <br> Tel: (215) 994-2000 <br> Fax: (215) 994-2222 <br> Ian.downes@dechert.com |

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court and that counsel of record, who are deemed to have consented to electronic service are being served this 22nd day of December, 2025, via the Court's CM/ECF System.

                 By:  */s/ Christina G. Sarchio*