UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON DONNER,

    Plaintiff,

v.

FOX NEWS NETWORK, LLC.,

    Defendant.

Civil Action No. 1:23-cv-03401-AHA

**JOINT STATUS REPORT**
**REGARDING STATUS OF MEDIATION**

In response to the minute order issued on December 29, 2025, the Parties hereby submit this joint status report. The Parties have been participating in the Court's Mediation Program and respectfully request to provide a joint status report on or before January 30, 2026.

Dated: January 16, 2026

Respectfully submitted,

| KLAPROTH LAW PLLC | DECHERT LLP |
|---|---|
| */s/ Brendan J. Klaproth* <br> Brendan J. Klaproth (D.C. Bar No. 999360) <br> Jesse C. Klaproth (D.C. Bar No. PA0063) <br> 2300 Wisconsin Ave NW <br> Suite 100A <br> Washington, DC 20007 <br> Tel: 202-618-2344 <br> Fax: 202-618-4636 <br> Email: Bklaproth@klaprothlaw.com <br> Email: Jklaproth@klaprothlaw.com <br><br> *Attorney for Plaintiff* | */s/ Christina G. Sarchio* <br> Vincent H. Cohen, Jr., Esq. (Bar No. 471489) <br> Christina G. Sarchio, Esq. (Bar No. 456254) <br> D. Brett Kohlhofer, Esq. (Bar No. 1022963) <br> 1900 K Street, N.W. <br> Washington, D.C. 20006-1110 <br> Tel: (202) 261-3300 <br> Fax: (202) 261-3333 <br> vincent.cohen@dechert.com <br> christina.sarchio@dechert.com <br> d.brett.kohlhofer@dechert.com <br><br> J. Ian Downes (*Pro Hac Vice*) <br> 2929 Arch Street <br> Philadelphia, PA 19104 <br> Tel: (215) 994-2000 <br> Fax: (215) 994-2222 <br> Ian.downes@dechert.com <br><br> *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court and that counsel of record, who are deemed to have consented to electronic service and are being served this 16th day of January, 2026, via the Court's CM/ECF System.

      By:   */s/ Christina G. Sarchio*