**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JASON DONNER,

      *Plaintiff*,

    v.

FOX NEWS NETWORK, LLC,

      *Defendant*.

Civil Action No. 23-03401 (AHA)

## Order

For the reasons stated in the accompanying memorandum opinion, Defendant's motion for summary judgment, ECF No. 30, is granted. The clerk of court is directed to close the case.

                                _____

                                AMIR H. ALI
                                United States District Judge

Date:   March 30, 2026